# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kiah Lindsey Brady aka Kiah L. Brady<br>Debtor(s) | BK NO. 25-00311 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
10 Feb 2025, 12:05:53, EST


                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA  19106
                   215-627-1322