Certificate Number: 16339-PAM-DE-039428643

Bankruptcy Case Number: 25-00311


16339-PAM-DE-039428643

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2025</u>, at <u>11:18</u> o'clock <u>AM EDT</u>, <u>Kiah Brady</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>March 11, 2025</u>          By:    <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>