United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 25-00311-HWV |
|---|---|
| Kiah Lindsey Brady | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Department of Housing and Urban Development, c/o HUD's National Servicing Center, 301 NW 6Th Street, Suite 200, Oklahoma City, OK 73102-2811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/PDF: ebnotices@pnmac.com | Jun 26 2025 18:53:07 | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark CA 93021-2602 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Kiah Lindsey Brady gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| KIAH LINDSEY BRADY : | CASE NO. 1:25-bk-00311-HWV |
| aka KIAH L. BRADY : | |
|     Debtor : | |
| : | CHAPTER 7 |
| KIAH LLINDSEY BRADY : | |
| aka KIAH L. BRADY : | |
|     Movant : | |
| : | |
|     v. : | |
| : | |
| KARA KATHERINE GENDRON, ESQUIRE : | |
| CHAPTER 7 TRUSTEE : | |
| PENNYMAC LOAN SERVICES, LLC : | |
| HUD : | |
|     Respondents : | |

## ORDER

Upon consideration of Debtor's Motion for Approval of a Loan Modification, Doc. 21, and no objections having been filed, it is

**ORDERED** that Federal Bankruptcy Rule 6004(g) is not applicable, and that the Loan Modification of real estate at 318 Wertzville Road, Enola, Cumberland County, Pennsylvania, through Bank of America in the amount of $28,637.63 is approved.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 26, 2025